**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**DARYANN ANTONIO MARQUEZ TAMARIZ,**

**Petitioner,**

**v.** **CIVIL No. 2:26-cv-177**

**JEFFREY CRAWFORD,**
**ICA-Farmville Detention Center, et al.,**

**Respondents.**

# FINAL ORDER

On February 24, 2026, Petitioner Daryann Antonio Marquez Tamariz ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, filed a pro se Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2241, while detained at the Farmville Detention Center in Farmville, Virginia. ECF No. 1. Petitioner alleges that he has been unlawfully detained without a bond hearing. Id. at 3, 6. On March 30, 2026, counsel for Petitioner filed a Notice of Appearance. ECF No. 9. Since then, Petitioner has proceeded with counsel.

The Petition was referred to a United States Magistrate Judge for Report and Recommendations ("R&R") pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District

of Virginia. ECF No. 4. The Magistrate Judge's R&R filed on August 31, 2026, ECF No. 24, recommends that the Petition, ECF No. 1, be granted in part and denied in part. The R&R granted the request for a bond hearing and denied the request for immediate release. ECF No. 24 at 8-9. No objections to the R&R have been filed.

The court, having reviewed the record and having found no clear error in the Report and Recommendation, and no party having objected, hereby **ADOPTS** and **APPROVES** the findings and recommendations set forth in the R&R, ECF No. 24. It is therefore **ORDERED** that the Petition, ECF No. 1, is **GRANTED in part** and **DENIED in part**. The request for a bond hearing is **GRANTED**, and it is **ORDERED** that Petitioner be provided with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a) within fourteen (14) days of entry of this final order. Respondents **SHALL** file a status report on Petitioner's bond hearing within seven (7) days of the bond hearing,[1] after which the portion of the order entered February 27, 2026, ECF No. 5, directing that Petitioner is not to be removed from the district without this court's permission is **VACATED**. Petitioner's request for immediate release is **DENIED**.

---

[1] The status report should detail when the bond hearing occurred, if the bond was granted or denied, and if denied, the reasons for that denial.

Any appeal from the judgment entered pursuant to this Final Order must be filed in writing with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia, 23510, within sixty (60) days from the date of entry of such judgment.

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner and to counsel for Respondents.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Senior United States District Judge

-RBS-

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
October 8, 2026